IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRYAN DOSS                                                                                    PLAINTIFF

v.                                              No. 3:06CV00162 SWW

SOCIAL SECURITY ADMINISTRATION                                       DEFENDANT

## JUDGMENT

Consistent with the memorandum opinion and order filed this date, it is considered, ordered, and adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. §406(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED this 24th day of September, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE