IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRYAN DOSS                                                        PLAINTIFF


vs.                 Civil Case No. 3:06CV00162 HLJ


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                        DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright.  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing

---

[1]Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007.  He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P. 25(d)(1).

for this purpose before the District Judge, you must, at the same

time that you file your written objections, include the following:

1.    Why the record made before the Magistrate Judge is
      inadequate.

2.    Why the evidence proffered at the hearing before the
      District Judge (if such a hearing is granted) was
      not offered at the hearing before the Magistrate
      Judge.

3.    The detail of any testimony desired to be introduced
      at the hearing before the District Judge in the form
      of an offer of proof, and a copy, or the original,
      of any documentary or other non-testimonial evidence
      desired to be introduced at the hearing before the
      District Judge.

From this submission, the District Judge will determine the

necessity for an additional evidentiary hearing, either before the

Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

      Clerk, United States District Court
      Eastern District of Arkansas
      600 West Capitol Avenue, Suite 402
      Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff has filed a motion for attorney's fees and expenses

pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412(d). He seeks compensation for 0.80 hours of work performed by

his attorney before the district court in 2006 at a rate of $162.00

per hour, 8.35 hours in 2007 at a rate of $167.00 per hour and 4.90

hours of work by a paralegal at the rate of $75.00 per hour. He

also seeks reimbursement for expenses in the amount of $13.95. The

Commissioner does not object to the number of hours, the hourly rates requested by Plaintiff or the submitted expenses.

The maximum statutory rate of compensation for work performed by an attorney set forth in § 2412(d)(2)(A)(ii) is $125.00. The increased rates requested by Plaintiff reflect an agreement between Plaintiff's counsel and the Office of the General Counsel of the Social Security Administration (Plaintiff's Exhibit A) to calculate attorney's fees on an annualized basis, using the Consumer Price Index for All Urban Consumers (CPI-U).

Ordinarily, the court awards $65.00 per hour for work performed by a paralegal. Plaintiff argues the hourly fee for a paralegal should be $75.00 per hour based on the prevailing market rate, and has submitted supporting affidavits. The Secretary does not object to this request and the court presumes this increase is also part of the agreement between Plaintiff's counsel and the Office of the General Counsel. Accordingly, the court approves an award of fees in the amount of $1891.55 and expenses in the amount of $13.95.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees and expenses in the amount of $1905.50, pursuant to EAJA. The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount.

SO ORDERED this 11th day of January, 2008.

_Henry L. Jones, Jr._
United States Magistrate Judge