IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRYAN DOSS                                                                                            PLAINTIFF

VS.                              CASE NO. 3:06CV0162 SWW/HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

### **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees and expenses in the amount of $1905.50, pursuant to EAJA.  The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount.

SO ORDERED this 31st day of January 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE